```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                       Case No. 14-05183-HWV
Gerald L. Stake                                              Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1        User: AutoDocke        Page 1 of 1        Date Rcvd: Feb 07, 2020
                          Form ID: trc        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 09, 2020.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4615430        E-mail/Text: bankruptcy.bnc@ditech.com Feb 07 2020 19:15:25     Green Tree Servicing, LLC,
         P.O. Box 6154,  Rapid City, SD 57709-6154,  Telephone number: 888-298-7785
                                                                                                     TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                              TOTAL: 0
Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 7, 2020 at the address(es) listed below:
        Ashlee Crane Fogle   on behalf of Creditor   Green Tree Servicing LLC afogle@rascrane.com
        Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
        Charles Joseph Hartwell   on behalf of Creditor   F&M Trust chartwell@dplglaw.com,
         kgreene@dplglaw.com
        James Warmbrodt   on behalf of Creditor   DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
        Johanna Hill Rehkamp   on behalf of Debtor 1 Gerald L. Stake jhr@cclawpc.com,
         jlaughman@cclawpc.com;jbartley@cclawpc.com
        Joseph P Schalk   on behalf of Creditor   Green Tree Servicing LLC jschalk@barley.com,
         sromig@barley.com
        Recovery Management Systems Corporation   claims@recoverycorp.com
        Robert E Chernicoff   on behalf of Debtor 1 Gerald L. Stake rec@cclawpc.com,
         jbartley@cclawpc.com;jlaughman@cclawpc.com;jhr@cclawpc.com
        United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                                                         TOTAL: 9

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:14-bk-05183-HWV
Chapter 13

In re: Debtor(s) (including Name and Address)

Gerald L. Stake
142 East Louther Street
Carlisle PA 17013

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 02/07/2020.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 7: Green Tree Servicing, LLC, P.O. Box 6154, Rapid City, SD 57709-6154, Telephone number: 888-298-7785 | New Residential Mortgage LLC<br>P.O. Box 10826<br>Greenville, SC 29603-0826<br>New Residential Mortgage LLC<br>P.O. Box 10826<br>Greenville, SC 29603-0826 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 02/09/20

Terrence S. Miller
**CLERK OF THE COURT**