Certificate Number: 14912-PAM-DE-034180306

Bankruptcy Case Number: 14-05183


14912-PAM-DE-034180306

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 4, 2020</u>, at <u>12:21</u> o'clock <u>PM EST</u>, <u>Gerald Stake</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>March 4, 2020</u>

By: <u>/s/Jai Bhatt</u>

Name: <u>Jai Bhatt</u>

Title: <u>Counselor</u>

Case 1:14-bk-05183-HWV    Doc 92    Filed 03/05/20    Entered 03/05/20 14:51:29    Desc
Main Document    Page 1 of 1