| | |
|---|---|
| **Fill in this information to identify the case:** | |
| Debtor 1 | Gerald L. Stake |
| | aka Gerald Lee Stake |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Middle District of Pennsylvania (State) |
| Case number | 1:14-bk-05183-HWV |

# Form 4100R
# Response to Notice of Final Cure Payment                    10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

## Part 1: Mortgage Information           Statement / Response Date: 03/05/2020

**Name of creditor:** NewRez LLC dba Shellpoint Mortgage Servicing

**Court claim no.** (if known): 7

**Last 4 digits** of any number you use to identify the debtor's account: 6635

**Property address:** 142 E Louther Street
Number    Street

Carlisle, Pennsylvania 17013
City    State    ZIP Code

## Part 2: Prepetition Default Payments

*Check One:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:

## Part 3: Postpetition Mortgage Payment

*Check one*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: ___ MM / DD / YYYY

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

| | | | |
|---|---|---|---|
| Debtor 1 | Gerald L. Stake | Case number (if known) | 1:14-bk-05183-HWV |
| | First Name  Middle Name  Last Name | | |

a. Total postpetition ongoing payments due: (a) $6,428.72

b. Total fees, charges, expenses, escrow, and costs outstanding: + (b) $0.00

c. **Total**. Add lines a and b. (c) $6,428.72

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on: 02/01/2019 MM / DD / YYYY

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ John J. Rafferty     Date 03/10/2020
  Signature

Print: John J. Rafferty
       First Name  Middle Name  Last Name
Title: Authorized Agent for NewRez LLC d/b/a Shellpoint Mortgage Servicing

Company: Bonial & Associates, P.C.

**If different from the notice address listed on the proof of claim to which this response applies:**

Address: P.O. Box 9013
         Number   Street
         Addison, Texas 75001
         City     State     ZIP Code

Contact phone: (972) 643-6600     Email: POCInquiries@BonialPC.com

---

Form 4100R     Response to Notice of Final Cure Payment     page 2

OCF4100R 20151D Case 1:14-bk-05183-HWV   Doc 93   Filed 03/10/20   Entered 03/10/20 13:56:47 768 Page 3 058 Desc
                                    Main Document     Page 2 of 5

# CERTIFICATE OF SERVICE OF RESPONSE TO NOTICE OF FINAL CURE

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before March 10, 2020 via electronic notice unless otherwise stated.

**Debtor**      *Via U.S. Mail*
Gerald L. Stake
142 East Louther Street
Carlisle, PA 17013-3027


**Debtors' Attorney**
Robert E. Chernicoff
Cunningham and Chernicoff PC
2320 N 2ND ST
HARRISBURG, PA  17110-1008

**Chapter 13 Trustee**
Charles J. DeHart, III
8125 Adams Drive, Suite A
Hummelstown, Pennsylvania 17036

                                      Respectfully Submitted,

                                      /s/  John J. Rafferty

| Creditor: | Shellpoint |
|---|---|
| Debtor: | Gerald L. Stake |
| Case No.: | 14-05183 |
| Loan No.: | |
| Our File No.: | 7768-N-3058 |
| Collateral: | 142 E Louthier St, Carlisle, PA 17013 |

**PAYMENTS RECEIVED**

Loan Status as of: 3/5/2020
Initial Due Date: 6/1/2016

| Date Received | Amount Received | Due Date | Amount Due | NSF/Late Charges/Other | Paid Over/Short | Description |
|---|---|---|---|---|---|---|
| | $ - | 6/1/2016 | $ 432.19 | $ - | $ (432.19) | Payment Accrued |
| 6/1/2016 | $ 432.19 | | | $ - | $ 432.19 | Funds Received 4/15/16 |
| 6/1/2016 | $ 432.19 | | | $ - | $ 432.19 | Funds Received 5/18/16 |
| | $ - | 7/1/2016 | $ 432.19 | $ - | $ (432.19) | Payment Accrued |
| | $ - | 8/1/2016 | $ 432.19 | $ - | $ (432.19) | Payment Accrued |
| 8/4/2016 | $ 432.19 | | | $ - | $ 432.19 | Funds Received |
| | $ - | 9/1/2016 | $ 432.19 | $ - | $ (432.19) | Payment Accrued |
| | $ - | 10/1/2016 | $ 432.19 | $ - | $ (432.19) | Payment Accrued |
| 10/12/2016 | $ 1,296.57 | | | $ - | $ 1,296.57 | Funds Received |
| | $ - | 11/1/2016 | $ 432.19 | $ - | $ (432.19) | Payment Accrued |
| | $ - | 12/1/2016 | $ 432.19 | $ - | $ (432.19) | Payment Accrued |
| | $ - | 1/1/2017 | $ 432.19 | $ - | $ (432.19) | Payment Accrued |
| | $ - | 2/1/2017 | $ 432.19 | $ - | $ (432.19) | Payment Accrued |
| | $ - | 3/1/2017 | $ 432.19 | $ - | $ (432.19) | Payment Accrued |
| | $ - | 4/1/2017 | $ 432.19 | $ - | $ (432.19) | Payment Accrued |
| | $ - | 5/1/2017 | $ 432.19 | $ - | $ (432.19) | Payment Accrued |
| 5/3/2017 | $ 2,593.14 | | | $ - | $ 2,593.14 | Funds Received |
| | $ - | 6/1/2017 | $ 432.19 | $ - | $ (432.19) | Payment Accrued |
| | $ - | 7/1/2017 | $ 432.19 | $ - | $ (432.19) | Payment Accrued |
| | $ - | 8/1/2017 | $ 432.19 | $ - | $ (432.19) | Payment Accrued |
| | $ - | 9/1/2017 | $ 432.19 | $ - | $ (432.19) | Payment Accrued |
| | $ - | 10/1/2017 | $ 432.19 | $ - | $ (432.19) | Payment Accrued |
| | $ - | 11/1/2017 | $ 432.19 | $ - | $ (432.19) | Payment Accrued |
| 11/21/2017 | $ 3,457.52 | | | $ - | $ 3,457.52 | Funds Received |
| | $ - | 12/1/2017 | $ 432.19 | $ - | $ (432.19) | Payment Accrued |
| | $ - | 1/1/2018 | $ 432.19 | $ - | $ (432.19) | Payment Accrued |
| | $ - | 2/1/2018 | $ 432.19 | $ - | $ (432.19) | Payment Accrued |
| 2/16/2018 | $ 1,728.76 | | | $ - | $ 1,728.76 | Funds Received |
| | $ - | 3/1/2018 | $ 432.19 | $ - | $ (432.19) | Payment Accrued |
| | $ - | 4/1/2018 | $ 432.19 | $ - | $ (432.19) | Payment Accrued |
| | $ - | 5/1/2018 | $ 432.19 | $ - | $ (432.19) | Payment Accrued |
| | $ - | 6/1/2018 | $ 432.19 | $ - | $ (432.19) | Payment Accrued |
| | $ - | 7/1/2018 | $ 432.19 | $ - | $ (432.19) | Payment Accrued |
| 7/19/2018 | $ 2,160.95 | | | $ - | $ 2,160.95 | Funds Received |
| | $ - | 8/1/2018 | $ 432.19 | $ - | $ (432.19) | Payment Accrued |
| | $ - | 9/1/2018 | $ 432.19 | $ - | $ (432.19) | Payment Accrued |
| | $ - | 10/1/2018 | $ 432.19 | $ - | $ (432.19) | Payment Accrued |
| | $ - | 11/1/2018 | $ 432.19 | $ - | $ (432.19) | Payment Accrued |
| | $ - | 12/1/2018 | $ 432.19 | $ - | $ (432.19) | Payment Accrued |
| | $ - | 1/1/2019 | $ 432.19 | $ - | $ (432.19) | Payment Accrued |
| | $ - | 2/1/2019 | $ 432.19 | $ - | $ (432.19) | Payment Accrued |
| | $ - | 3/1/2019 | $ 432.19 | $ - | $ (432.19) | Payment Accrued |
| | $ - | 4/1/2019 | $ 432.19 | $ - | $ (432.19) | Payment Accrued |
| 4/11/2019 | $ 1,377.71 | | | $ - | $ 1,377.71 | Funds Received |
| | $ - | 5/1/2019 | $ 432.19 | $ - | $ (432.19) | Payment Accrued |
| | $ - | 6/1/2019 | $ 472.83 | $ - | $ (472.83) | Payment Accrued |
| | $ - | 7/1/2019 | $ 472.83 | $ - | $ (472.83) | Payment Accrued |
| | $ - | 8/1/2019 | $ 472.83 | $ - | $ (472.83) | Payment Accrued |
| | $ - | 9/1/2019 | $ 472.83 | $ - | $ (472.83) | Payment Accrued |
| | $ - | 10/1/2019 | $ 472.83 | $ - | $ (472.83) | Payment Accrued |
| | $ - | 11/1/2019 | $ 472.83 | $ - | $ (472.83) | Payment Accrued |
| | $ - | 12/1/2019 | $ 486.03 | $ - | $ (486.03) | Payment Accrued |
| | $ - | 1/1/2020 | $ 486.03 | $ - | $ (486.03) | Payment Accrued |

|  |  | 2/1/2020 | $ 486.03 | $ - | $ (486.03) | Payment Accrued |
|---|---|---|---|---|---|---|
| $ - |  | 3/1/2020 | $ 486.03 | $ - | $ (486.03) | Payment Accrued |
| **Total:** | $ 13,911.22 |  | $ 20,339.94 | $ - | $ (6,428.72) |  |

| Delinquent Payments | | Days Delinquent: | 398 | |
|---|---|---|---|---|
| 2/1/2019 | $ 152.39 | $ 279.80 | $ - | $ 432.19 |
| 3/1/2019 | $ 152.39 | $ 279.80 | $ - | $ 432.19 |
| 4/1/2019 | $ 152.39 | $ 279.80 | $ - | $ 432.19 |
| 5/1/2019 | $ 152.39 | $ 279.80 | $ - | $ 432.19 |
| 6/1/2019 | $ 152.39 | $ 320.44 | $ - | $ 472.83 |
| 7/1/2019 | $ 152.39 | $ 320.44 | $ - | $ 472.83 |
| 8/1/2019 | $ 152.39 | $ 320.44 | $ - | $ 472.83 |
| 9/1/2019 | $ 152.39 | $ 320.44 | $ - | $ 472.83 |
| 10/1/2019 | $ 152.39 | $ 320.44 | $ - | $ 472.83 |
| 11/1/2019 | $ 152.39 | $ 320.44 | $ - | $ 472.83 |
| 12/1/2019 | $ 152.39 | $ 333.64 | $ - | $ 486.03 |
| 1/1/2020 | $ 152.39 | $ 333.64 | $ - | $ 486.03 |
| 2/1/2020 | $ 152.39 | $ 333.64 | $ - | $ 486.03 |
| 3/1/2020 | $ 152.39 | $ 333.64 | $ - | $ 486.03 |
|  |  |  | $ - |  |
|  |  |  | $ - |  |
| Delinquency |  |  | $ | 6,509.86 |
| Less Unapplied |  |  | $ | 81.14 |
| Total Delinquency |  |  | $ | 6,428.72 |