```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
```

In re:                                                           Case No. 14-05183-HWV
Gerald L. Stake                                                  Chapter 13
         Debtor
                         **CERTIFICATE OF NOTICE**

District/off: 0314-1          User: AutoDocke          Page 1 of 1          Date Rcvd: May 19, 2020
                              Form ID: fnldec          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 21, 2020.
db             +Gerald L. Stake,    142 East Louther Street,    Carlisle, PA 17013-3027

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 21, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 19, 2020 at the address(es) listed below:
              Ashlee Crane Fogle    on behalf of Creditor    Green Tree Servicing LLC afogle@rascrane.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Charles Joseph Hartwell    on behalf of Creditor    F&M Trust chartwell@dplglaw.com,
               kgreene@dplglaw.com
              James Warmbrodt    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              Johanna Hill Rehkamp    on behalf of Debtor 1 Gerald L. Stake jhr@cclawpc.com,
               jlaughman@cclawpc.com;jbartley@cclawpc.com
              Joseph P Schalk    on behalf of Creditor    Green Tree Servicing LLC jschalk@barley.com,
               sromig@barley.com
              Recovery Management Systems Corporation    claims@recoverycorp.com
              Robert E Chernicoff    on behalf of Debtor 1 Gerald L. Stake rec@cclawpc.com,
               jbartley@cclawpc.com;jlaughman@cclawpc.com;jhr@cclawpc.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 9

## UNITED STATES BANKRUPTCY COURT
### MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Gerald L. Stake, <br> aka Gerald Lee Stake, | Chapter 13 |
| **Debtor 1** | Case No. 1:14−bk−05183−HWV |

Social Security No.:
xxx−xx−9596

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

**Charles J DeHart, III (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: May 19, 2020

By the Court,

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: ChristopherGambini, Deputy Clerk

**fnldec** (05/18)